UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RHINE REYNOLDS (#505533)

VERSUS

BURL CAIN, WARDEN

CIVIL ACTION

NO. 13-41-SDD-RLB

**RULING
AND
ORDER OF DISMISSAL**

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 4, 2014. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Petitioner's application for habeas corpus relief is denied as untimely pursuant to 28 U.S.C. § 2244(d). Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is denied.

Baton Rouge, Louisiana, February 20, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA