UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RHINE REYNOLDS (#525533)

VERSUS

BURL CAIN, WARDEN, ET AL.

CIVIL ACTION

NO. 13-41-SDD-RLB

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated April 28, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Petitioner's *Motion for Relief from a Final Judgment*[4] shall be denied.

Baton Rouge, Louisiana the 11 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 33.
[3] Rec. Doc. 42.
[4] Rec. Doc. 31.