UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RHINE REYNOLDS (#525533)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

13-41-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 18, 2022, to which an *Objection*[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that petitioner's *Motion for Relief to Set Aside Judgment Pursuant to Federal Rules of Civil Procedure Rule 60(b)(6)* is DENIED as a successive habeas petition.

Signed in Baton Rouge, Louisiana the 12 day of September, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 55.
[2] Rec. Doc. 56.
[3] Rec. Doc. 57.